UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

WILLIAM PASTORE,

Plaintiff,

Case No. 26-cv-10344
Hon. Matthew F. Leitman

v.

EQUIFAX INFORMATION SERVICES, LLC, et al.,

Defendants.

______________________________________________________________/

**ORDER DISMISSING CASE**

Pursuant to the Notice of Voluntary Dismissal Without Prejudice as to Defendant Trans Union LLC and with prejudice as to Defendant Experian Information Solutions, Inc., this case is DISMISSED without prejudice as to Trans Union LLC, and dismissed with prejudice as to Experian Information Solutions, Inc.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 25, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 25, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126